IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FIFI T. JAMES,

    Plaintiff,

v.                                    CASE NO. 1:07-cv-00009-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Thursday, October 18, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

       Relying on the Medical-Vocational Guidelines, the Administrative Law Judge found that although Plaintiff could not perform her past relevant work, she could perform other jobs in the economy, and therefore was not disabled. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997). The Court agrees with the Magistrate that Plaintiff has not come forward with any medical evidence to contradict the Administrative Law Judge's determination that Plaintiff's impairments, in

combination, did not meet or equal a Listed impairment.  Furthermore, the objective medical tests provided the Administrative Law Judge with ample evidence to discredit Plaintiff's subjective complaints of pain.  Based on this, the Court agrees with the Magistrate that the Administrative Law Judge's decision that Plaintiff could perform work existing in significant numbers in the national economy, and that she was therefore not disabled under the Social Security Act, is supported by substantial evidence.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 21, is adopted and incorporated by reference in this order;

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *27th* day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge